IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LATIDTUS JONES | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv599 |
| HARRELL WATTS, ET AL | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Latidtus Jones, proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed a motion seeking a temporary restraining order and preliminary injunction.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  Plaintiff's motion for temporary restraining order and preliminary injunction is **DENIED**.

So **ORDERED** and **SIGNED** this  3   day of **February, 2007.**

_____
Ron Clark, United States District Judge